# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

February 1, 2016

## Before

WILLIAM J. BAUER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 15-1636<br><br>DANIEL L. MASARIK,<br>    *Petitioner-Appellant*,<br><br>    *v.*<br><br>UNITED STATES OF AMERICA,<br>    *Respondent-Appellee*. | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 11-C-0048<br>C.N. Clevert, Jr., *Judge*. |

## Order

The court amends the order issued on January 21, 2016, by changing one sentence on page 2. "Co-defendant Bartlett made a statement to the FBI, and the prosecutor did not give Masarik's lawyer a copy." is changed to read: "Co-defendant Bartlett made a statement to the FBI, and Masarik contends that the prosecutor did not give his lawyer a copy."